UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP STREHLE,

    Plaintiff,

v.

CITIMORTGAGE, INC.,
GREEN TREE SERVICING LLC n/k/a/
DITECH FINANCIAL LLC,
DITECH FINANCIAL LLC, and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

    Defendants.
_____/

Case No. 17-11764

Honorable Nancy G. Edmunds

# ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S APRIL 30, 2018 REPORT AND RECOMMENDATION [35]

Currently before the Court is the magistrate judge's April 30, 2018 report and recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation (Dkt. # 35).

It is ordered that Defendant CitiMortgage, Inc.'s Motion for Summary Judgment (Dkt. # 18) is hereby GRANTED.

It is further ordered that Defendant Mortgage Electronic Registration Systems, Inc.'s Motion for Judgment on the Pleadings (Dkt. # 21) is hereby GRANTED.

It is further ordered that Defendant DiTech Financial LLC, formerly known as Green Tree Servicing LLC's Motion for Summary Judgment (Dkt. # 22) is hereby GRANTED.

It is further ordered that Plaintiff's Complaint is hereby DISMISSED with prejudice.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  May 22, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 22, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager